| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION | VOLUNTARY PETITION<br><br>Case No.  **12 B** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle:<br>**CHRISTIAAN P. VAN DEUR, JR.** | Name of Joint Debtor (Spouse): |
| All other names used by Debtor in the past eight (8) years: (include married, maiden and trade names) | All other names used by Joint Debtor in the past eight (8) years: |
| Social Security/EIN/Tax ID No. (if more than one, state all): XXX-XX-XXXX | Social Security/EIN/Tax ID No. (if more than one, state all):   XXX-XX- |
| Street Address of Debtor:<br>419 Greenleaf Avenue<br>Wilmette, Illinois  60091-1911 | Street Address of Joint Debtor: |
| County of Residence or Principal Place of Business<br>Cook | County of Residence or Place of Business |

Mailing Address of Debtor or of Joint Debtor (if different from street address)

Location of Principal Assets of Business Debtor (if different from street address):

**Type of Debtor**
X__   Individual
___   Corporation
___   Partnership
___   Other (if not one
Of above entities, state
Type of entity below)

**Type of Business**
__ Health Care Business
__ Single Asset Real Estate as defined
   in 11 U.S.C. Section 101(51B)
__ Railroad
__ Stockbroker
__ Commodity Broker
__ Clearing Bank
__ Other
**Tax-Exempt Entity**
__ Debtor is a tax-exempt organization under Title 26 United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code of Filing**
__ Chapter 7          __ Chapter 15 Petition
__ Chapter 9           for Recognition of
__ Chapter 11         Foreign Main Proceeding
__ Chapter 12         __ Chapter 15 Petition for
_X_ Chapter 13        Recognition of a Foreign
                      Nonmain Proceeding
**Nature of Debts**
X__  Primarily Consumer  __ Primarily business Debts, defined in 11 USC 101(8) as "incurred by an individual primarily for a personal, family or house-hold purpose."
**Chapter 11 Debtors**
__Debtor is a small business under 11 USC 101(51D).
__ Debtor is not a small business under 11 USC 101(51D).

__ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than  $2,190,000.

**Filing Fee**
__     Full filing fee attached
_X_   Filing fee to be paid in installments (individuals only).  Must attach signed application for court's consideration certifying That debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
__     Filing Fee waiver requested (Chapter 7 individuals Only).  Must attch signed application for court's consideration. See Official Form 3B.

**Statistical / Administrative Information**
_____    Debtor estimates that funds will be available for distribution to unsecured creditors.
X___    Debtor estimates that, after exempt property is excluded and administrative expenses
           paid, there  will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X__   1 – 49          ____  50 – 99        ____  100 or more

**Estimated Assets**
__       $0 – $50,000          ____    $50,001 - $100,000  __X__  $100,001 or greater

**Estimated Debts**
__       $0 – $50,000          ____    $50,001 - $100,000  __X___         $100,001 or greater

**VOLUNTARY PETITION**  Case No. **12 B**  Page 2
**CHRISTIAAN P. VAN DEUR, JR.,**  Debtor

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:  Case Number:  Date of Filing:
**USBC, Northern District Illinois  09-B-25239  7/12/2009**
**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:  Case Number:  Date of Filing:

District:  Relationship:  Judge:

**Exhibit A**
(To be completed if Debtor is required
To file periodic reports with the Securities
and Exchange Commission and requesting
relief under Chapter 11).
___ Exhibit A attached.

**Exhibit B** (to be completed if debtor is an individual whose debts are primarily consumer debts)
I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have informed the Petitioner(s) that they may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, and explained to them the relief available under each Chapter. I certify that I have delivered to Debtors the notice required by Title 11 USC Section 342(b).
**X**_____/s/_Michael J. Greco_____  3/1/2012
Signature of Michael J. Greco, Attorney for Debtor(s)  Date

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtors is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts are primarily consumer debts)

**Information regarding the Debtor -- Venue**
X_ Debtors has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

_____
(Name of Landlord that obtained judgment)
(Address of Landlord)

__ Debtor claims that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification.  (11 USC Section 362(1)).

| | | | |
|---|---|---|---|
| **VOLUNTARY PETITION** | Name of Debtor(s): **CHRISTIAAN P. VAN DEUR, JR.** | Case No. **09 B 25239** | Page 3 |

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:] I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 13.


_____/s/_____
Signature of Debtor **CHRISTIAAN P. VAN DEUR, JR.**

**Signature of Attorney***


Respectfully submitted,


By:_____/s/_Michael J. Greco ___
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:   March  1, 2012


*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**In re: CHRISTIAAN P. VAN DEUR, JR., Debtor.**     Case No. **09 B**

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both or the marital community own the property by placing an "H," "W," "J," or "C" respectively in the column so labeled. If the Debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

State the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and location of property | Nature of Debtor's Interest in Property | H W J C | Current Market Value of Debtor's Interest without Deducting any Secured claim Or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single family residence<br>419 Greenleaf Avenue<br>Wilmette, Illinois  60091 | Fee Simple | | $300,000.00 | $389,000.00 |
| Residential Condominium<br>204 Leonard Wood S.<br>Unit 104<br>Highland Park, IL  60035 | Undivided One-half Interest in Fee Simple | | $125,000.00 | $216,433.00 |
| | | TOTAL | $425,000.00 | $605,433.00 |

(Report also on Summary of Schedules)

**In re:  CHRISTIAAN P. VAN DEUR, JR., Debtor.**   Case No. **12 B**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

_____  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| Acct. No. 8500229022<br>Harris Bank – CLC Svcg.<br>PO Box 5043<br>Rolling Meadows, IL  60008 | | Residential real estate parcel Mortgage Loan (419 Greenleaf, Wilmette, IL 60091 - $300,000) | $389,390.43 | $0.00 |
| Account No. 0052896404<br>Wells Fargo Bank<br>PO Box 14411<br>Des Moines, IA  50306-3411 | | One-half interest in condominium residential real estate parcel 204 Leonard Wood S., Unit #104 Highland Park, IL  60035 Purchased with Christine Van Deur Value:  $250,000.00 (Debtor has undivided ½ interest = $125,000) | $191,352.00 | $0.00 |
| Account No. 65088967391988<br>Wells Fargo Bank<br>PO Box 4233<br>Portland, OR  97208-4233 | | One-half interest in condominium residential real estate parcel 204 Leonard Wood S., Unit #104 Highland Park, IL  60035 Purchased with Christine Van Deur Value:  $250,000.00 (Debtor has undivided ½ interest = $125,000) | $25,000.00 | $0.00 |

                                                         TOTAL          $625,449.94

\_\_0\_\_ continuation sheets attached                                           (Report also on Summary of Schedules)

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of five sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:     3/1/2012

Signature (electronic):_____/S/_____
**CHRISTIAAN P. VAN DEUR, JR.**